

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2022

No. 04-22-00020-CV

**WHATABURGER RESTAURANTS LLC** and Crystal Krueger,
Appellants

v.

Sadok **FERCHICHI** and Martina Coronado,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI15548
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The Appellant's unopposed motion for extension of time to file reply brief is GRANTED. The reply brief is due May 11, 2022.

It is so **ORDERED** on this 13th day of April, 2022.

PER CURIAM

ATTTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court